U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 16 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| VERSUS | * | 18 U.S.C. § 924(d)(1) |
| | * | |
| JAMES JULIAN | * | |

**INDICTMENT**

2:21-cr-000139-01
Judge Cain
Magistrate Judge Kay

THE FEDERAL GRAND JURY CHARGES:

## COUNT 1

**Possession of a Firearm by a Convicted Felon**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about the 3rd day of March, 2020, in the Western District of Louisiana, the defendant, James Julian, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, one (1) High Standard, Model R-101, .22 caliber revolver pistol, in or affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

**Forfeiture Allegation**
**[18 U.S.C. § 924(d)(1)]**

(A) The allegations contained in Count 1 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)].

  (B) As a result of the violations in Count 1 of this Indictment, the defendant, James Julian, shall forfeit to the United States his interest in any firearm involved in or possessed during those offenses, including:

    (1) One (1) High Standard, Model R-101, .22 caliber revolver pistol, serial number 1023757, as described in Count 1 of this Indictment,

in violation of Title 18, United States Code, Section 924(d)(1) [18 U.S.C. § 924(d)(1)].

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

_John Nickel_ for _Craig Bordelon_

CRAIG R. BORDELON, II
La. Bar No. 34450
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618